**FILED**
November 21, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-cr-00392-JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ELEAZAR NUNEZ, ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release Eleazar Nunez; Case 2:12-cr-00392-JAM from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    X   Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's father, sister and brother-in-law

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    X   (Other) Pretrial Supervision/Conditions; Third party custody to defendant's father

Issued at Sacramento, CA on  11/20/2012  at  11:25 a.m.

By _____
Kendall J. Newman
United States Magistrate Judge