UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez  **RE:  Eleazar Guido Nunez**
United States District Judge  **Docket Number:  0972 2:12CR00392-009**
Sacramento, California  **PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

Eleazar Guido Nunez is requesting permission to travel to Mexico. Eleazar Guido Nunez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 15, 2014, Eleazar Guido Nunez was sentenced for the offense of Distribution of Methamphetamine (2 counts).

**Sentence Imposed:**  60 months imprisonment, each count to be served concurrently; 36 months supervised release, each count to be served concurrently.

**Dates and Mode of Travel:**  Nunez will travel by plane to Mexico August 23-30, 2018.

**Purpose:**  Visit mother, Guadalupe Nunez.

1

**RE:** **Eleazar Guido Nunez**
    **Docket Number: 0972 2:12CR00392-009**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*Sara Gnewikow*

Sara Gnewikow
Sr. United States Probation Officer

Dated:    August 8, 2018
            Sacramento, California
            SG:cd

**REVIEWED BY:**    *(signature)*   **(For)**
                               **George A. Vidales**
                               **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

**DATED: 8/8/2018**                              /s/ John A. Mendez
                                                        John A. Mendez, U. S. District Court Judge