UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE: Eleazar Guido Nunez**<br>**Docket Number: 0972 2:12CR00392-009**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Eleazar Guido Nunez is requesting permission to travel to Mexico to visit his ailing grandmother. Eleazar Guido Nunez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 15, 2014, Eleazar Guido Nunez was sentenced for the offense of Distribution of Methamphetamine (2 counts).

**Sentence Imposed:** 60 months imprisonment, each count to be served concurrently; 36 months supervised release, each count to be served concurrently.

**Dates and Mode of Travel:** Nunez will travel by car to Mexico May 31-June 6, 2019.

**Purpose:** Visit grandmother.

**RE: Eleazar Guido Nunez
Docket Number: 0972 2:12CR00392-009
PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*Sara Gnewikow*

Sara Gnewikow
Sr. United States Probation Officer

Dated: May 20, 2019
Sacramento, California
SG:cd

**REVIEWED BY:**

**Ronnie Preap
Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

**DATED: 5/21/2019**                **/s/ John A. Mendez**
                                    John A. Mendez, U. S. District Court Judge