**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **Eleazar Guido Nunez** ) <br> ) <br> ) | **Docket No.:  0972 2:12CR00392-009** |

On April 15, 2014, the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on October 13, 2017.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

              Respectfully submitted,

              */s/ Sara Gnewikow*

              Sara Gnewikow
              Sr. United States Probation Officer


Dated:  November 21, 2019
      Sacramento, California

**Re:  Eleazar Guido Nunez**
   **Docket No:   0972 2:12CR00392-009**
   **Report and Order Terminating Supervised Release**
   **Prior to Original Expiration Date**

*[signature]*
(For)

**REVIEWED BY:**   **Shannon Morehouse**
**Supervisory United States Probation Officer**

# ORDER OF COURT

Pursuant to the above report, it is ordered that Eleazar Guido Nunez be discharged from Supervised Release, and that the proceedings in the case be terminated.

| 12/6/2019 | /s/ John A. Mendez |
|---|---|
| **Date** | **John A. Mendez**<br>**United States District Court Judge** |

Attachment:   Recommendation

cc:   AUSA  - Jill M. Thomas; Kevin C. Khasigian
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee - Eleazar Guido Nunez